IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01088-BNB

PAULA PLANAS,

     Plaintiff,

v.

DENVER PUBLIC SCHOOLS

     Defendant.

---

## ORDER DRAWING CASE

---

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and  should be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge and, if appropriate, to a **magistrate**  judge.

DATED April 17, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland        
United States Magistrate Judge